# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Nicholas James Battersby<br><br>*Defendant(s)* | )<br>)  Case No. 19-6213-AOV<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __5/14/19 to 5/21/19__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846 | Attempt to possess with the intent to distribute a mixture or substance containing a detectable amount of Gamma butyrolactone, a Schedule I controlled substance analogue as defined in Title 21, United States Code Section 802(32), knowing that the substance was intended for human consumption as provided in Title 21, United States Code, Section 813, and conspiracy to do the same. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Nicole Nualart; HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/22/2019__

*Judge's signature*

City and state: __Fort Lauderdale, Florida__   ALICIA O. VALLE; U.S. MAGISTRATE JUDGE
*Printed name and title*

**SCANNED**

## AFFIDAVIT

I, Nicole Nualart, being duly sworn, do hereby depose and state:

1. I am employed as a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI") in Fort Lauderdale, Florida, and have been so employed for 12 years. As such, I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code; that is, an officer of the United States who is empowered by law to conduct investigations and make arrests for offenses enumerated in Titles 18 and 21 of the United States Code. As a Special Agent with HSI, I have participated in multiple narcotics investigations involving physical and electronic surveillance, execution of search and arrest warrants, the control and administration of confidential sources, international drug importations, and domestic drug distribution organizations. I am currently assigned to the High Intensity Drug Trafficking Area ("HIDTA") in Fort Lauderdale, Florida. HIDTA is an investigative entity that is comprised of law enforcement officers from various federal, state, and local law enforcement agencies who work together in a cooperative relationship where the primary focus is on narcotics smuggling investigations.

2. This Affidavit is submitted in support of a criminal complaint to establish probable cause that Nicholas James BATTERSBY ("BATTERSBY"), on or about May 21, 2019, in the Southern District of Florida, did knowingly and intentionally attempt to possess with the intent to distribute a Controlled Substance Analogue knowing that the substance was intended for human consumption, that is, Gamma butyrolactone (GBL), and conspiracy to do the same, in violation of Title 21, United States Code, Sections 802(32), 813, and 841(a)(1); all in violation of Title 21, United States Code, Section 846.

3.     This Affidavit is based upon my personal knowledge, as well as on information provided to me by other law enforcement officers. Because this Affidavit is for the limited purpose of setting forth probable cause only, it does not contain every fact known to me about the investigation. However, no information known that would tend to negate probable cause for this arrest has been withheld from this Affidavit.

4.     On or about May 14, 2019, United States Customs and Border Protection ("CBP") Officers conducted a routine border inspection of an United States Postal Service parcel addressed to David Nissan, hereby referred to as "TARGET PARCEL," at the Miami Foreign Mail facility, located in Miami, Florida. The TARGET PARCEL was shipped from Germany transiting through the Netherlands destined to the United States. The recipient of the TARGET PARCEL was listed as David Nissan at a residence located at 2170 Wilton Drive, Apartment 403, Wilton Manors, Broward County, Florida, hereby referred to as "TARGET ADDRESS." Inside the TARGET PARCEL, CBP Officers found approximately 10 plastic containers of a clear liquid labeled as containing Bio Ecoculture Oil. A handheld analyzer that identifies a broad range of unknown chemicals and explosives using infrared spectrum identified a sample as Gamma butyrolactone or GBL, an analogue drug to GHB. The total estimated weight for the GBL was approximately one (1) kilogram. The TARGET PARCEL was seized and subsequently delivered to HSI in Fort Lauderdale, Broward County, Florida.

5.     The TARGET PARCEL appeared to be intended for someone other than the named recipient. Research conducted indicated the true recipient of the TARGET PARCEL is suspected to be BATTERSBY. On or about May 23, 2018, CBP Officers conducted a routine border inspection of a parcel at the Miami Foreign Mail facility, located in Miami, Florida. The parcel was shipped from China. The recipient of the parcel was listed as BATTERSBY at the

Page 2 of 5

TARGET ADDRESS. Inside the parcel, CBP Officers found a black plastic bottle containing a clear liquid. A handheld analyzer that identifies a broad range of unknown chemicals and explosives using infrared spectrum identified a sample as Gamma butyrolactone or GBL, an analogue drug to GHB. The total estimated weight for the GBL was approximately 5.3 kilograms. The parcel had been described in the shipping manifest as ink color removal agent valued at $15.00 USD. The parcel was seized but a controlled delivery was not attempted.

6.  On or about April 20, 2018, an additional parcel was shipped from China to BATTERSBY as the receiver at the TARGET ADDRESS. The parcel was described as cosmetics valued at $7.00 USD. This parcel was neither seized nor the contents physically inspected.

7.  Thomson Reuters CLEAR database of public and proprietary records shows the TARGET ADDRESS as a mailing address for BATTERSBY as of February 9, 2019. A replacement driver license issued by the Florida Department of Motor Vehicle on or about April 3, 2019 to BATTERSBY listed the TARGET ADDRESS. The leasing office for the Gables Wilton Park Apartments where the TARGET ADDRESS is located provided two contracts signed by BATTERSBY and Joseph Blizzard as the residents of the TARGET ADDRESS. The first contract was signed on or about January 4, 2018 and ended on or about November 5, 2018. The second contract was signed on or about October 10, 2018 and will expire on or about June 5, 2019.

8.  In an effort to further the investigation and identify individuals involved, your affiant and other law enforcement officers removed the Gamma butyrolactone or GBL from the TARGET PARCEL and substituted sham. With the Court's permission after Magistrate Judge Lurana S. Snow issued on or about May 17, 2019 a warrant authorizing the installation of a

beeper and a track, and an anticipatory search warrant of the TARGET ADDRESS, the TARGET PARCEL was equipped with a beeper and a GPS tracking device.

9. On or about May 21, 2019, an undercover law enforcement officer delivered the TARGET PARCEL to BATTERSBY at the TARGET ADDRESS after BATTERSBY stated he was David Nissan and he was the intended receiver of the TARGET PARCEL. After the TARGET PARCEL was delivered to the TARGET ADDRESS, law enforcement officers waited before executing the anticipatory search warrant until BATTERSBY was seen exiting the TARGET ADDRESS. The search of the TARGET ADDRESS led to the retrieval by law enforcement of the TARGET PARCEL unopened and a travel pouch containing a syringe and empty vials with residue the defendant admitted and that field tested positive for cocaine from a safe the defendant consented to unlock. A plastic baggie containing a white powder the defendant admitted and that field tested positive for cocaine was seized from BATTERSBY's pants pocket.

10. After being advised of his *Miranda* rights, BATTERSBY verbally agreed to answer questions and make a statement without a lawyer being present and signed a form memorializing his waiver. BATTERSBY admitted knowing the contents of the TARGET PARCEL was 10 bottles of GBL that BATTERSBY purchased with David Nissan of New York using the Internet for 120 Euros paid from BATTERBY's PayPal account. BATTERSBY stated the GBL was acquired for personal use and to distribute at parties but BATTERSBY denied selling the GBL. BATTERSBY's statement was recorded.

11. Based upon the foregoing, your affiant seeks the issuance of a criminal complaint charging that Nicholas James BATTERSBY, on or about May 21, 2019, in the Southern District of Florida, did knowingly and intentionally attempt to possess with the intent to distribute a